**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 00-6150**

─────────────

KEITH WAYNE FURR,

　　　　　　　　　　　　　　Petitioner - Appellant,

　　　　versus

DAVE ROBINSON, Warden,

　　　　　　　　　　　　　　Respondent - Appellee.

─────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. David G. Lowe, Magistrate Judge. (CA-99-666)

─────────────

Submitted:  May 11, 2000　　　　　Decided:  May 18, 2000

─────────────

Before MURNAGHAN, LUTTIG, and TRAXLER, Circuit Judges.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Keith Wayne Furr, Appellant Pro Se. Michael Thomas Judge, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Keith Wayne Furr seeks to appeal the magistrate judge's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West Supp. 1999).[*] We have reviewed the record and the magistrate judge's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the magistrate judge. See Furr v. Robinson, No. CA-99-666 (E.D. Va. Jan. 13, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] The parties consented to have the case tried before a magistrate judge pursuant to 28 U.S.C. § 636(c) (1994).

2